# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

July 29, 2010

Douglas E. Cressler
Chief Deputy Clerk


Katheleen Ann Ehrhart
Andrew A Kassof
Kathryn F Taylor
David John Zott
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

David Kent Meyers
Miles Tolbert
Crowe & Dunlevy, P.C.
20 North Broadway
Suite 1800
Oklahoma City, OK 73102

**RE:    10-6171, Edmondson v. BP America, Inc., et al**
        District docket: 5:09-CV-00945-M

Dear Counsel:

This appeal was docketed today. Copies of the Tenth Circuit Rules, effective January 1, 2010, and the Federal Rules of Appellate Procedure, effective December 1, 2009, may be obtained by contacting this office or by visiting our website at http://www.ca10.uscourts.gov. You may also obtain a copy of the rules by calling this office. Effective March 18, 2009, counsel must also comply with the court's new General Order, which requires all counsel to file pleadings via the court's Electronic Case Filing system (ECF). You may find the order and information on registering for and using ECF on the court's website. We invite you to contact us with any questions you may have about our operating procedures. Please note that all court forms are now available on the court's web site. Outlined below are some of the requirements for prosecuting this appeal.

A separate order will be issued contemporaneously outlining the preliminary filing requirements of the court.

Please contact this office if you have questions.

                                                                                             Sincerely,

                                                                                             Elisabeth A. Shumaker
                                                                                             Clerk of the Court

cc:      Brian Herrington
           William A. Isaacson
           James Francis Kelly
           Henry Adam Meyer III
           Carlos M Sires
           Jeremiah L Streck
           Preston A. Trimble

EAS/ao